# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __11/12/2021__

*VIA ECF*

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jean Carrenard*, 21 CR 506 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the bail review hearing, currently scheduled for November 17, 2021. I am unable to appear in-person on that date. I am quarantined because my family has tested positive for COVID and I also am responsible for my daughters' remote learning until they can return to in-person schooling. Under these circumstances, I ask that the hearing be adjourned to a date and time convenient to the Court following the Thanksgiving break. Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:   A.U.S.A. Zander Li (via ECF)

---

The bail review hearing is adjourned to November 30, 2021 at 2 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: _____
New York, New York