# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/24/2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jean Carrenard*, 21 CR 506 (ER)

Dear Judge Ramos:

I respectfully write on behalf of my client, Jean Carrenard, to request a bail modification so that Mr. Carrenard, who is currently subject to home detention, be permitted to spend Thanksgiving at his mother's Manhattan apartment with his 6-year-old son and other family. Mr. Carrenard would visit this Thursday, November 25, 2021, at a schedule approved by pretrial services.

Mr. Carrenard was released on an agreed-upon bail package on May 8, 2021 including a $100,000 PRB cosigned by 2 FRP'S and home detention with location monitoring. On June 3, 2021, Magistrate Judge Sarah L. Cave modified the bail conditions on a consented requested so that Mr. Carrenard is permitted to leave his apartment at a schedule set at the discretion of Pretrial Services for the purpose of visiting his 6-year old son who lives in Upper Manhattan.

As a policy matter and without exception, pretrial services will not consent to social events for defendants on home detention. It takes that position here. The government defers to pretrial services.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

cc:   AUSA Zander Li (via ECF)
      USPT Jonathan Lettieri (via email)

---

The application is _X_ granted
              ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 11/24/2021
New York, New York