# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/22/2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Jean Carrenard*, 21 CR 506 (ER)

Dear Judge Ramos:

I respectfully write on behalf of my client, Jean Carrenard, to request a bail modification so that Mr. Carrenard, who is currently subject to home detention, can spend the day and night of Christmas Eve at his mother's Manhattan apartment with his 6-year-old son and other family. If this application is granted, Mr. Carrenard will sleep at his mother's so that he can be with his son when he opens his Christmas presents and then return to his house on Christmas day.

Mr. Carrenard was released on an agreed-upon bail package on May 8, 2021 including a $100,000 PRB cosigned by 2 FRPs and home detention with location monitoring. Although his release has not been without hiccups, the Court permitted Mr. Carrenard to spend Thanksgiving at his mother's, which he did without incident.

I have reached out to Pretrial Services and the government to get their position on this application but I have not heard back from them. I understand as a policy matter and without exception, Pretrial Services will not consent to social events for defendants on home detention. I assume it takes that position here. The government typically defers to pretrial services.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

cc: AUSA Zander Li (via email)
USPT Jonathan Lettieri (via email)

The application is  X   granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 12/22/2021
New York, New York