**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 27, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/27/2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jean Carrenard*, 21 CR 506 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of Mr. Carrenard's sentencing, currently scheduled for January 6, 2022. I ask for an adjournment of about 30 days. I need the additional time to effectively prepare a sentencing submission on Mr. Carrenard's behalf.

Thank you and Happy Holidays.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

cc:   AUSA Zander Li (via ECF)

---

Sentencing is adjourned to February 11, 2022 at 10 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  12/27/2021
New York, New York