# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 8, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/9/2022

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jean Carrenard*, 21 CR 506 (ER)

Dear Judge Ramos:

    With the consent of pretrial services (to whom the government defers), I write to seek a modification to Mr. Carrendard's bail conditions so that he can spend the day before his sentencing at his mother's Manhattan apartment where his mother will be hosting family. Mr. Carrenard is subject to home detention and, therefore, requires a Court order in order to be able to leave his home. The instant application requests that he be permitted to leave his home at 8 A.M. on February 10 and return 8 P.M. He will spend that time at his mother's apartment.

    Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

cc:   AUSA Zander Li (via ECF)
      USPT Jonathan Lettieri (via email)

---

The application is  X   granted
                        ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated:    2/9/2022
New York, New York